```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 06 B 00009
   DWAYNE DEMETRIOS EVANS
                                          CHAPTER 13

                                          JUDGE: BRUCE W BLACK
         Debtor
   SSN XXX-XX-3239
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 01/03/06 and confirmed on 04/28/06.

   2.  The case was dismissed after confirmation, 06/01/2007.

   3.  The Debtor paid a total of $  62981.36 .

   4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| GREAT AMERICAN FINANCE | SECURED | 2300.00 | 119.66 | 740.41 |
| GMAC/HOMECOMINGS | CURRENT MORTG | 43200.14 | .00 | 43200.14 |
| GMAC/HOMECOMINGS | MORTGAGE ARRE | 31424.75 | .00 | 6979.81 |
| LITTON LOAN SERVICING IN | SECURED | 1600.78 | .00 | 1600.78 |
| MONEY LENDERS INC | UNSECURED | NOT FILED | .00 | .00 |
| VALU CAR AUTOMART | SECURED | 4500.00 | 3.90 | 4500.00 |
| CITY OF CHICAGO | UNSECURED | 2090.00 | .00 | .00 |
| COMCAST DIGITAL PHONE SV | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| DIRECT TV | UNSECURED | NOT FILED | .00 | .00 |
| INFINITY SMILE | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | 670.76 | .00 | .00 |
| PUBLISHERS CLEARING HOUS | UNSECURED | NOT FILED | .00 | .00 |
| SBC BANKRUPTCY DESK | UNSECURED | 1512.09 | .00 | .00 |
| SONIC PAYDAY | UNSECURED | NOT FILED | .00 | .00 |
| STEVEN JESSER/CHAS SCHNI | UNSECURED | NOT FILED | .00 | .00 |
| LITTON LOAN SERVICING IN | MORTGAGE ARRE | 459.95 | .00 | 264.60 |
| GREAT AMERICAN FINANCE | UNSECURED | 635.20 | .00 | .00 |
| ASSET ACCEPTANCE CORP | UNSECURED | 432.99 | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|

         Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 83485.62 | .00 | 5341.04 | .00 | 88826.66 |
| PRINCIPAL PAID | 57285.74 | .00 | .00 | .00 | 57285.74 |
| INTEREST PAID | 123.56 | .00 | .00 | .00 | 123.56 |
| TOTAL PAID | 57409.30 | .00 | .00 | .00 | 57409.30 |

The Debtor's attorney, ERNESTO D BORGES JR, was allowed $ 2500.00 and was paid $ 1100.00 direct and $ 1400.00 through the plan.

The Trustee received $ 2330.88 .

Refunds to the Debtor totaled $ 1841.18 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

Dated: 11/16/07

/S/
GLENN STEARNS
CHAPTER 13 TRUSTEE

PAGE 2
CASE NO. 06 B 00009 DWAYNE DEMETRIOS EVANS